UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE NORTH RIVER INSURANCE COMPANY | : <br> : CIVIL ACTION NO.: 3:13-cv-00589 (RNC) <br> : |
| v. | : <br> : |
| O&G INDUSTRIES, INC. KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC. | : <br> : <br> : OCTOBER 11, 2013 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b) the plaintiff, **The North River Insurance Company**, respectfully moves for an extension of time until and including October 25, 2013 within which to respond to the Motion to Dismiss filed by defendant O&G Industries. Additional time is needed to respond to the issues presented in the defendant's motion.

Counsel has inquired of opposing counsel and there is no objection to this motion. This is the first motion for extension of time that the plaintiff has filed for responding to O&G Industries Motion to Dismiss.

WHEREFORE, the plaintiff respectfully requests that the Court grant its Motion for Extension of Time to file a response to defendant's Motion to Dismiss.

THE NORTH RIVER INSURANCE COMPANY

BY _/s/ Calum_
R. Cornelius Danaher, Jr. (ct5350)
Calum B. Anderson (ct07611)
DANAHERLAGNESE, PC
21 Oak Street
Hartford, CT  06106
Telephone:  860-247-3666
Facsimile:  860-547-1321
ndanaher@danaherlagnese.com
canderson@danaherlagnese.com

979561

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2013, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system of by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_/s/ Calum B. Anderson_
Calum B. Anderson (ct07611)