UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE NORTH RIVER INSURANCE COMPANY,<br><br>         Plaintiff,<br>v.<br><br>O&G INDUSTRIES, INC., and KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC.,<br><br>         Defendants. | Case 3:13-cv-00589-RNC<br><br><br><br><br><br><br><br>OCTOBER 30, 2013 |

**CONSENT MOTION FOR EXTENSION OF
TIME TO RESPOND TO AMENDED COMPLAINT**

  Defendant Keystone Construction and Maintenance Services, Inc. ("Keystone"), by and through its undersigned counsel, hereby moves that the period of time within which to respond to the First Amended Complaint for Declaratory Judgment of plaintiff, The North River Insurance Company ("North River"), be extended for a period of fourteen days, to November 15, 2013.

  As indicated in its Revised Request for Pre-Filing Conference, Keystone intends to move to dismiss North River's Amended Complaint. Additional time is required for Keystone to complete its motion to dismiss.

   This is the first request for an extension of time to respond to North River's Amended Complaint. Counsel for North River has no objection to this request.

#52111808

Respectfully submitted this 30th day of October, 2013.

KEYSTONE CONSTRUCTION AND
SERVICE MAINTENANCE, INC.

/s/ *Jared Cohane ct24264*
Jared Cohane
Hinckley Allen & Snyder LLP
20 Church Street
Hartford, CT 06103
Tel: 860-331-2724
Fax: 860-331-2725
Fed Bar: ct24264
jcohane@hinckleyallen.com

3

## **CERTIFICATION**

      This is to certify that on the above date, a copy of the foregoing Consent Motion For Extension Of Time To Respond To Amended Complaint was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                      /s/ *Jared Cohane*
                                                                     Jared Cohane