UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE NORTH RIVER INSURANCE COMPANY,<br><br>                              Plaintiff<br>       v.<br><br>O&G INDUSTRIES, INC., and KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC.,<br><br>                              Defendants. | Case 3:13-cv-00589-RNC<br><br>November 15, 2013 |

## MOTION TO DISMISS

Defendant Keystone Construction and Maintenance Services, Inc. ("Keystone"), by and through its undersigned attorneys, respectfully moves to dismiss Counts 1, 2, 3, 5, and 6 in the First Amended Complaint for Declaratory Relief (the "Amended Complaint") filed by plaintiff North River Insurance Company ("North River"), pursuant to Fed. R. Civ. P. 12(b)(6), 8(a) and 12(b)(1).

For the reasons more fully set forth in the accompanying memorandum of law, North River's Complaint fails to set forth a claim upon which relief can be granted, fails to provide adequate notice of its claims, and asserts claims for which North River has suffered no harm and also lacks standing. Accordingly, Keystone respectfully requests that the Court enter an order dismissing the Counts 1, 2, 3, 5, and 6 asserted against Keystone in the Amended Complaint, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 15th day of November, 2013.

#52155970

KEYSTONE CONSTRUCTION AND
SERVICE MAINTENANCE, INC.

/s/ *Jared Cohane ct24264*
------
Jared Cohane
Hinckley Allen & Snyder LLP
20 Church Street
Hartford, CT 06103
Tel: 860-331-2724
Fax: 860-331-2725
Fed Bar: ct24264
jcohane@hinckleyallen.com

#52155970

## CERTIFICATION

      This is to certify that on the above date, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                            */s/ Jared Cohane ct24264 /*
                                                                                Jared Cohane

#52155970