UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE NORTH RIVER INSURANCE COMPANY,<br><br>       Plaintiff,<br> v.<br><br>O&G INDUSTRIES, INC., and KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC.,<br><br>       Defendants. | Case 3:13-cv-00589-RNC<br><br>December 23, 2013 |

**DEFENDANT O&G INDUSTRIES, INC.'S MOTION
FOR SANCTIONS PURSUANT TO RULE 11
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1927, and the court's inherent power to sanction, defendant O&G Industries, Inc. ("O&G"), by and through its undersigned counsel, hereby moves this Court for entry of an Order imposing sanctions against plaintiff The North River Insurance Company ("North River"), for the costs and attorney's fees incurred by O&G (i) in moving to dismiss the frivolous claims asserted against O&G in North River's First Amended Complaint for Declaratory Judgment (the "Amended Complaint;" Docket No. 23); and (ii) in the preparation of this sanctions motion, and, if O&G's Motion to Dismiss Counts Four and Seven of the Amended Complaint (the "Motion to Dismiss;" Docket No. 43) is not granted, for dismissal of the Amended Complaint against O&G as a sanction for North River's willful fraudulent statements amounting to a fraud on the court, for the reasons fully set forth in the accompanying Memorandum of Law, Affidavit of

Kenneth W. Merz in Support of the Motion for Sanctions, and Declaration of Dennis J. Artese, filed contemporaneously herewith.

                                      Respectfully submitted,

                                      ANDERSON KILL, P.C.

By:  */s/ Finley Harckham*
       Finley Harckham
       (ct26403)
       Dennis J. Artese
       (ct28071)
       1251 Avenue of the Americas
       New York, New York 10020
       Tel.: (212) 278-1000
       fharckham@andersonkill.com
       dartese@andersonkill.com

       *Attorneys for Defendant*
       *O&G Industries, Inc.*

## CERTIFICATION

This is to certify that on the above date, a copy of the foregoing Defendant O&G Industries, Inc.'s Motion For Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Dennis J. Artese
Dennis J. Artese