# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE NORTH RIVER INSURANCE COMPANY, | : : : | CIVIL ACTION NO 3:13-cv-00589-RNC |
| Plaintiff, | : : | |
| v. | : : | |
| O&G INDUSTRIES, INC. KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC. | : : : | JANUARY 8, 2014 |
| Defendant | : : | |

## SECOND CONSENT MOTION FOR EXTENSION OF TIME

The North River Insurance Company, hereby respectfully moves this Court, pursuant to D. Conn. L. Civ. R. 7(b), for an extension of time up to and including January 24, 2014, to respond to O&G Industries, Inc.'s Motion for Sanctions (Doc. No. 50). The present deadline to respond to the Motion for Sanctions is January 13, 2014. The plaintiff's original Motion for Extension of Time (Doc. No. 63) was denied without prejudice because it did not include a particularized showing that the time limitation cannot be met despite diligence of the party seeking the extension.

In support of this motion, the undersigned counsel for Plaintiff represents:

1.    One previous request for an extension was made and denied without prejudice.

2.    Good cause exists for this extension of time to enable plaintiff to properly and fully respond to O&G Industries, Inc.'s Motion for Sanctions. At the time O&G Industries, Inc. filed its motion, December 23, 2013, the client representative was on medical leave due to a serious medical issues. He returned to work on January 6, 2014.  Therefore, counsel and the

client representative have not had an opportunity to meet and prepare a response to the motion

and have an inadequate amount of time to complete the response by January 13, 2014.

      3.      Defendant O&G Industries, Inc. has consented to this requested extension of time.

      4.      An extension of time will not unduly delay the progression of this case.

      WHEREFORE, Plaintiff respectfully requests that this Motion be granted.

RESPECTFULLY SUBMITTED,
THE NORTH RIVER INSURANCE COMPANY

BY /s/ R. Cornelius Danaher, Jr.
    R. Cornelius Danaher, Jr. (ct5350)
    Calum B. Anderson (ct07611)
    DANAHERLAGNESE, PC
    21 Oak Street
    Hartford, CT  06106

## CERTIFICATE OF SERVICE

    I hereby certify that on January 8, 2014, a copy of the foregoing Second Consent Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system of by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ R. Cornelius Danaher, Jr.
    R. Cornelius Danaher, Jr. (ct5350)

993941-1