UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORTH RIVER INSURANCE COMPANY, | : |
| Plaintiff, | : |
| V. | : CASE NO. 3:13 CV-0589(RNC) |
| O & G INDUSTRIES, INC., ET AL | : |
| Defendants. | : |

NOTICE AND ORDER

The court has reviewed the file in this case to monitor the parties' compliance with Local Rule 26(f). Local Rule 26(f) provides that, within 30 days after the appearance of any defendant, the attorneys of record and any unrepresented parties must confer for the purposes described in Fed. R. Civ. P. 26(f). Local Rule 26(f) further provides that, within 14 days after the conference, the participants must jointly complete and file a report of the conference using Form 26(f).

It appears that more than forty days have passed since the appearance of a defendant in this case, but no joint report has been filed. Accordingly, it is hereby ordered that the parties file the required report on or before January 24, 2014.

So ordered.

Dated at Hartford, Connecticut this 10th day of January 2014.

/s/ RNC
Robert N. Chatigny
United States District Judge