UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NORTH RIVER INSURANCE CO.        :
                                 :
      Plaintiff,                 :
                                 :
V.                               :   NO.3:13 CV-0589(RNC)
                                 :
O & G INDUSTRIES, INC.,          :
ET AL,                           :
                                 :
      Defendants.                :

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F.
Martinez for the following:

_____      For all pretrial matters excluding trial, unless the
              parties consent to trial before the magistrate judge;

__X__         To confer with the parties and enter the scheduling
              order required by F.R.Civ.P. 16(b);

_____      To supervise discovery and resolve discovery disputes;

_____      To conduct a settlement conference;

_____      To conduct a status conference;

_____      A hearing on damages and attorney fees;

_____      A ruling on the following pending motion(s):


              So ordered.

      Dated at Hartford, Connecticut this 28th day of January

2014.


                              _____/s/ RNC_____
                              Robert N. Chatigny, U.S.D.J.