UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE NORTH RIVER INSURANCE COMPANY,<br><br>　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>O&G INDUSTRIES, INC., and KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC.,<br><br>　　　　　　　　　　Defendants. | Case 3:13-cv-00589-RNC<br><br><br><br>February 3, 2014 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2014, I caused a true and correct copy of the unredacted versions of O&G Industries, Inc.'s Reply Memorandum of Law in Further Support of its Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 and the Reply Declaration of Finley Harckham in Further Support of O&G's Sanctions Motion, including the exhibits thereto, to be served by overnight delivery via Federal Express on the parties listed in the attached service list.

_____
Dennis J. Artese (ct28071)

## SERVICE LIST

| Contact Information | Party |
|---|---|
| R. Cornelius Danaher Jr. Esq.<br>Calum B. Anderson, Esq.<br>Danaher Lagnese & Neal, P.C.<br>21 Oak Street, Capitol Place<br>Hartford, CT 06106<br>Tel: (806) 247-3666<br>Fax: (806) 547-1321<br>ndanaher@danaherlagnese.com<br>canderson@danaherlagnese.com | North River |
| Jared Cohane, Esq.<br>Hinckley Allen Synder LLP<br>20 Church Street<br>Hartford, CT 06103<br>Tel: (860) 725-6200<br>Fax: (860) 278-3802<br>jcohane@hinckleyallen.com | Keystone Construction and Maintenance Service, Inc. |