UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE NORTH RIVER INSURANCE COMPANY | : : : | CIVIL ACTION NO.: 3:13-cv-00589-JAM |
| v. | : : | |
| O&G INDUSTRIES, INC. KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC. | : : : | APRIL 13, 2018 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff / Counterclaim Defendant, The North River Insurance Company, the Defendant, Keystone Construction and Maintenance Services, Inc. and Counterclaim Plaintiff Intervenors, hereby stipulate that the above-captioned action be dismissed as follows:

1. That The North River Insurance Company's action against Keystone Construction and Maintenance Services, Inc. is dismissed without prejudice; and,

2. That all other claims are dismissed with prejudice, without costs and waiving all rights of appeal.

| | |
|---|---|
| Plaintiff / Counterclaim Defendant THE NORTH RIVER INSURANCE COMPANY | Defendant KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC. |
| /s/ *R. Cornelius Danaher, Jr.* R. Cornelius Danaher, Jr. (ct5350) Calum B. Anderson (ct07611) DANAHERLAGNESE, PC 21 Oak Street, Suite 700 Hartford, CT  06106 Phone: (860) 247-3666 Fax: (860) 547-1321 ndanaher@danaherlagnese.com canderson@danaherlagnese.com | /s/ *Joel Lewin* Jared Cohane (ct24264) Joel Lewin (*Pro Hac Vice*) HINCKLEY ALLEN & SNYDER, LLP 20 Church Street Hartford, CT 06103 Phone: (860) 331-2724 Fax: (860) 278-3802 jcohane@hinckleyallen.com jlewin@hinckleyallen.com |

/1326255.1

- 2 -

-and-

Christopher R. Carroll (phv03424)
Tara E. McCormack (phv08950)
KENNEDYS CMK
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, NJ 07920
Phone: (908) 848-6300
Fax: (908) 848-6310
christopher.carroll@kennedyscmk.com
tara.mccormack@kennedyscmk.com

Counterclaim Plaintiff
INTERVENORS,

*/s/ Joel T. Faxon*
Joel T. Faxon (ct16255)
FAXON LAW GROUP, LLC
59 Elm Street
New Haven, CT  06510
Phone: (203) 624-9500
Fax: (203) 624-9100
JFaxon@Faxonlawgroup.com

-and-

*/s/ James J. Healy*
James J. Healy (ct28447)
Thomas J. Murphy (ct07959)
COWDERY & MURPHY, LLC
280 Trumbull Street
Hartford, CT 06103
Phone: (860) 278-5555
Fax: (860) 249-0012
jhealy@cowderymurphy.com
tmurphy@cowderymurphy.com

- 2 -

## **CERTIFICATION**

I hereby certify that on April 13, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *R. Cornelius Danaher, Jr.*
R. Cornelius Danaher, Jr. (ct5350)